Darwin H. Bingham, #7810
SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.
Attorneys for The Commons at Sugarhouse, LLC
15 West South Temple, Suite 600
Salt Lake City, Utah 84101
Telephone: (801) 531-7870
Facsimile: (801) 326-4669
E-mail: dbingham@scalleyreading.net

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>THE MEN'S WEARHOUSE, INC.,<br><br>Debtor. | Bankruptcy Case No. 20-33911 (MI)<br>Chapter 11 |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT:

Please take notice that Darwin H. Bingham of the law firm of SCALLEY READING BATES HANSEN & RASMUSSEN, P.C. hereby enters his appearance on behalf of The Commons at Sugarhouse, LLC, a creditor. This appearance is intended solely for the purpose of receiving notices to include, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone or otherwise which affect or seek to affect in any way any rights or interest of The Commons at Sugarhouse, LLC and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

DATED this 5th day of October, 2020.

SCALLEY READING BATES
HANSEN & RASMUSSEN, P.C.

/s/ Darwin H. Bingham
Darwin H. Bingham
Attorneys for The Commons at Sugarhouse, LLC